UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:10CV-309-M

MIKE PROFITT                                                      PLAINTIFF

v.

ILLEGIBLE                                                    DEFENDANT

## MEMORANDUM OPINION

Plaintiff Mike Profitt filed a *pro se* action on a Court-approved form. Defendant's name in the caption is illegible. Most of the complaint form is blank, and the few words that are on the complaint are mostly incomprehensible. Plaintiff fails to fill out the portion of the form asking him to state the grounds for filing this action in federal court, fails to fill out the statement-of-claim portion of the complaint, fails to fill out the defendant section of the complaint, and fails to ask for any relief.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain:

(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

(2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

(3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Plaintiff's complaint wholly fails to meet this standard. *See Swierkiewicz v. Sorema N.A.*, 534 U.S. 506, 512 (2002) (indicating that the short and plain statement of claim must "'give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests'") (citation omitted).

The Court will, therefore, dismiss the action by separate Order.

Date:

cc: Plaintiff, *pro se*
4414.005